Adam B. Nach – 013622
Allison M. Lauritson - 022185
Jonathan C. Simon - 029750
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Jill H. Ford, Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TRI-COM CORPORATION,<br><br>Debtor.<br><br>JILL H. FORD, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA MATERIALS, L.L.C., an Arizona limited liability company,<br><br>Defendant. | (Chapter 7 Case)<br><br>Case No. 2:16-bk-04087-EPB<br><br>*Adv. No. 2:17-ap-00246-EPB*<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Jill H. Ford, Plaintiff, by and through her attorneys undersigned, herein gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(i), made applicable by F.R.B.P. 7041, that she dismisses her Complaint against Arizona Materials, LLC ("**Defendant**") without prejudice, with each party to bear their own costs and attorneys' fees incurred herein.

Defendant has paid the amounts due and owing thereby satisfying the claims set forth in the Complaint.

RESPECTFULLY SUBMITTED this 2nd day of June, 2017

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach - 013622*
    Adam B. Nach
    Allison M. Lauritson
    Jonathan C. Simon
    *Attorneys for Trustee*

Case 2:17-ap-00246-EPB   Doc 5   Filed 06/02/17   Entered 06/02/17 15:46:07   Desc
Main Document    Page 1 of 2

COPY of the foregoing delivered
via first class mail to:

Arizona Materials, L.L.C.
c/o Richard A. Bookspan
1110 E. Missouri, #850
Phoenix, AZ 85014

By: */s/ Debbie McKernan*